United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-10681-pmm

Kia Nichele Williams  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Mar 22, 2024 Form ID: 152 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Nichele Williams, 519 E 11th St, Northampton, PA 18067-1742 |
| 14860137 | + | Demetrios H. Tsarouhis, Esquire, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14865859 | + | PennyMac Loan Services, LLC, c/o Michael Farrington, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14861261 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14861575 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd, Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 23 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2024 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2024 00:27:16 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14860135 | ^ | MEBN | Mar 23 2024 00:10:37 | CKS Prime Investments LLC, 1800 Route 34 N Building 3 - Ste 305, Belmar, NJ 07719-9168 |
| 14860131 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2024 00:27:17 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14860132 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 23 2024 00:17:06 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 14861842 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2024 00:27:20 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14864981 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2024 00:16:34 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14864509 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 23 2024 00:16:35 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14860133 | + | Email/Text: bankruptcy@cavps.com | Mar 23 2024 00:15:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14862095 | + | Email/Text: bankruptcy@cavps.com | Mar 23 2024 00:15:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14860134 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 23 2024 00:15:00 | Citadel FCU, 40 N Bailey Road, Thorndale, PA 19372-1026 |
| 14860136 | | Email/Text: BKPT@cfna.com | Mar 23 2024 00:14:00 | Crdt First, 6275 Eastland Road, Brookpark, OH 44142-1399 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14860139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2024 00:15:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14860138 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 23 2024 00:16:28 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14860140 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 23 2024 00:14:00 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14860141 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2024 00:16:52 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14863124 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2024 00:17:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14860144 | | Email/Text: ml-ebn@missionlane.com | Mar 23 2024 00:14:00 | Mission Lane Tab Bank, 101 2nd Street Suite 350, San Francisco, CA 94105 |
| 14860142 | ^ | MEBN | Mar 23 2024 00:10:34 | Mariner Finance LLC, 5802 E Virginia Beach BLVD, Norfolk, VA 23502-2483 |
| 14860143 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2024 00:15:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14860145 | + | Email/Text: bnc@nordstrom.com | Mar 23 2024 00:15:08 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14860146 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2024 00:27:16 | Ollo/Ally, 1511 Friendship Road, Jefferson City, MO 65101-8703 |
| 14860148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2024 00:16:33 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14860577 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14860147 | + | Email/PDF: ebnotices@pnmac.com | Mar 23 2024 00:17:06 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 14860150 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 23 2024 00:17:05 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14860149 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 23 2024 00:16:48 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14860151 | + | Email/Text: bncmail@w-legal.com | Mar 23 2024 00:15:00 | TD Bank/Target Credit, 7000 Target Parkway N, Mail Stop NCD-045, Brooklyn Park, MN 55445-4301 |
| 14861261 | ^ | MEBN | Mar 23 2024 00:10:51 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14861852 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 22, 2024 | Form ID: 152 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

**Name**  **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Kia Nichele Williams claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Pennymac Loan Services LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kia Nichele Williams
    Debtor(s)

Case No: 24−10681−pmm
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 6/27/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152