## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kia Nichele Williams<br>         <u>Debtor(s)</u> | CHAPTER 13 |
| PENNYMAC LOAN SERVICES LLC<br>         <u>Movant</u><br>vs.<br>Kia Nichele Williams<br>         <u>Debtor(s)</u> | NO. 24-10681 PMM |
| Scott F. Waterman<br>         <u>Trustee</u> | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this __8th__ day of __July__, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge