Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10681-PMM**

Kia Nichele Williams  
519 E 11th St  
Northampton  PA     18067

Petition Filed Date: 02/29/2024  
341 Hearing Date: 04/30/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/24/2024 | $1,264.00 | | | | | | | |

**Total Receipts for the Period: $1,264.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,264.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $2,273.15 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $478.11 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF HUD »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $820.03 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $507.76 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,137.21 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 06P | Priority Crediors | $21,413.41 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $497.89 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $2,121.21 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $362.92 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $728.56 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $1,794.17 | $0.00 | $0.00 |
| 13 | CITADEL CREDIT UNION »» 011 | Secured Creditors | $2,852.96 | $0.00 | $0.00 |
| 14 | PENNYMAC LOAN SERVICES LLC »» 012 | Mortgage Arrears | $2,253.11 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $537.29 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $1,400.12 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10681-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $1,742.93 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT INC »» 016 | Unsecured Creditors | $1,290.08 | $0.00 | $0.00 |
| 19 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $434.82 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT INC »» 018 | Unsecured Creditors | $493.37 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT INC »» 019 | Unsecured Creditors | $494.16 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT INC »» 020 | Unsecured Creditors | $746.82 | $0.00 | $0.00 |
| 23 | CAPITAL ONE AUTO FINANCE »» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR »» 022 | Unsecured Creditors | $87.12 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC AS AGENT FOR »» 023 | Unsecured Creditors | $64.20 | $0.00 | $0.00 |
| 26 | QUANTUM3 GROUP LLC AS AGENT FOR »» 024 | Unsecured Creditors | $1,618.34 | $0.00 | $0.00 |
| 27 | QUANTUM3 GROUP LLC AS AGENT FOR »» 025 | Unsecured Creditors | $318.51 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR »» 026 | Unsecured Creditors | $350.28 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $2,236.58 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $776.47 | $0.00 | $0.00 |
| 31 | LVNV FUNDING LLC »» 029 | Unsecured Creditors | $1,159.79 | $0.00 | $0.00 |
| 32 | LVNV FUNDING LLC »» 030 | Unsecured Creditors | $450.00 | $0.00 | $0.00 |
| 33 | LVNV FUNDING LLC »» 031 | Unsecured Creditors | $452.81 | $0.00 | $0.00 |
| 34 | QUANTUM3 GROUP LLC AS AGENT FOR »» 032 | Unsecured Creditors | $88.90 | $0.00 | $0.00 |
| 35 | QUANTUM3 GROUP LLC AS AGENT FOR »» 033 | Unsecured Creditors | $102.49 | $0.00 | $0.00 |
| 36 | TD BANK USA NA »» 034 | Unsecured Creditors | $370.71 | $0.00 | $0.00 |
| 37 | MARINER FINANCE LLC »» 035 | Unsecured Creditors | $2,921.82 | $0.00 | $0.00 |
| 38 | PENNYMAC LOAN SERVICES LLC »» 12P | Mortgage Arrears | $4,188.92 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10681-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,264.00 | Current Monthly Payment: | $421.00 |
| Paid to Claims: | $0.00 | Arrearages: | $841.00 |
| Paid to Trustee: | $126.40 | Total Plan Base: | $25,260.00 |
| Funds on Hand: | $1,137.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.