# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| KIA NICHELE WILLIAMS | : | CASE NO. 24-10681-PMM |
| | : | |
| CITADEL FEDERAL CREDIT UNION | : | CHAPTER 13 |
| | : | |
| MOVANT, | : | 11 U.S.C. § 362 |
| | : | |
| v. | : | |
| | : | |
| KIA NICHELE WILLIAMS | : | October 1, 2024, 10:00am |
| | : | |
| DEBTOR, | : | |
| | : | |
| SCOTT F. WATERMAN, TRUSTEE | : | |
| ADDITIONAL RESPONDENT | : | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE ADEQUATE PROTECTION**
**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Citadel Federal Credit Union has filed a Motion for Relief from the Automatic Stay with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Monday, September 23, 2024, you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:

> Bankruptcy Clerk
> 201 Penn Street, Suite 103
> Reading, PA 19601
> 610-208-5040

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above: and

(b) mail a copy to the movant's attorney:

> M. Jacqueline Larkin, Esq.

100 N. 18th Street, Suite 700  
Philadelphia, PA 19103  
(215)569-2400

2. If you or your attorney to not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is to be held before the Honorable Patricia Mayer on October 1, , 2024 at 10:00 am at, United States Bankruptcy Court, 201 Penn Street, 4th Floor, Reading PA, 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 9, 2024

**VAUGHAN MCLEAN**

By: */s/ M. Jacqueline Larkin*  
   M. Jacqueline Larkin, Esq.  
   Attorney ID No. 309190  
   Two Logan Square  
   100 N. 18th Street, Suite 700  
   Philadelphia, PA 19103