## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| KIA NICHELE WILLIAMS | : | CASE NO. 24-10681-PMM |
| | : | |
| CITADEL FEDERAL CREDIT UNION | : | CHAPTER 13 |
| | : | |
| MOVANT, | : | 11 U.S.C. § 362 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| KIA NICHELE WILLIAMS | : | |
| | : | October 8, 2024, 10:00am |
| DEBTOR, | : | |
| | : | |
| SCOTT F. WATERMAN, TRUSTEE | : | |
| ADDITIONAL RESPONDENT | : | |

### ORDER

AND NOW this 22nd day of October 2024, it is hereby ORDERED and DECREED, upon consideration of the attached Stipulation and Agreement of the parties, it is hereby ORDERED and DECREED, that this Stipulation is hereby entered as an ORDER of Court.

**BY THE COURT**

*Patricia M. Mayer*

_____
The Honorable Patricia Mayer