United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-10681-pmm

Kia Nichele Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Nichele Williams, 519 E 11th St, Northampton, PA 18067-1742 |
| cr | + | Jacqueline Larkin Citadel Federal Credit Union, Citadel Federal Credit Union, 520 Eagleview Boulevard, EXTON, PA 19341, UNITED STATES 19341-1119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 22 2024 23:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 22 2024 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 23 2024 00:58:51 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

**Name**      **Email Address**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 5 |

CHARLES LAPUTKA
    on behalf of Debtor Kia Nichele Williams claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com

MARY JACQUELINE LARKIN
    on behalf of Creditor Jacqueline Larkin Citadel Federal Credit Union mjlarkin@vaughanmclean.com
    gkerns@vaughanmclean.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
KIA NICHELE WILLIAMS : CASE NO. 24-10681-PMM
:
:
CITADEL FEDERAL CREDIT UNION : CHAPTER 13
:
MOVANT, : 11 U.S.C. § 362
:
:
v. :
:
KIA NICHELE WILLIAMS :
: October 8, 2024, 10:00am
DEBTOR, :
:
SCOTT F. WATERMAN, TRUSTEE :
ADDITIONAL RESPONDENT :

## ORDER

AND NOW this 22nd day of October 2024, it is hereby ORDERED and DECREED, upon consideration of the attached Stipulation and Agreement of the parties, it is hereby ORDERED and DECREED, that this Stipulation is hereby entered as an ORDER of Court.

BY THE COURT

_Patricia M. Mayer_
_____
The Honorable Patricia Mayer