**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kia Nichele Williams | CHAPTER 13 |
| Debtor(s) | |
| PENNYMAC LOAN SERVICES LLC | |
| Movant | |
| vs. | NO. 24-10681 PMM |
| Kia Nichele Williams | |
| Debtor(s) | |
| Scott F. Waterman | |
| Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 28th day of October , 2024 at Reading, PA, upon consideration of Movant's Motion to Approve PARTIAL CLAIM, it is ORDERED AND DECREED that:

The Motion is granted and the PARTIAL CLAIM Agreement executed on August 23, 2024 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
 United States Bankruptcy Judge.