United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 24-10681-pmm

Kia Nichele Williams                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Nichele Williams, 519 E 11th St, Northampton, PA 18067-1742 |
| cr | + | Jacqueline Larkin Citadel Federal Credit Union, Citadel Federal Credit Union, 520 Eagleview Boulevard, EXTON, PA 19341, UNITED STATES 19341-1119 |
| 14865859 | + | PennyMac Loan Services, LLC, c/o Michael Farrington, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 29 2024 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2024 00:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2024 00:15:07 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14873492 | + | Email/PDF: ebnotices@pnmac.com | Oct 29 2024 00:14:05 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14860147 | + | Email/PDF: ebnotices@pnmac.com | Oct 29 2024 00:13:16 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024                          Signature:          /s/Gustava Winters

District/off: 0313-4                                    User: admin                                          Page 2 of 2
Date Rcvd: Oct 28, 2024                             Form ID: pdf900                                  Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Kia Nichele Williams claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Jacqueline Larkin Citadel Federal Credit Union mjlarkin@vaughanmclean.com gkerns@vaughanmclean.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kia Nichele Williams | CHAPTER 13 |
| Debtor(s) | |
| | |
| PENNYMAC LOAN SERVICES LLC | |
| Movant | |
| vs. | |
| | NO. 24-10681 PMM |
| Kia Nichele Williams | |
| Debtor(s) | |
| | |
| Scott F. Waterman | |
| Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 28th day of October , 2024 at Reading, PA, upon consideration of Movant's Motion to Approve PARTIAL CLAIM, it is ORDERED AND DECREED that:

The Motion is granted and the PARTIAL CLAIM Agreement executed on August 23, 2024 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Hon. Patricia M. Mayer
United States Bankruptcy Judge.