United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10681-pmm |
| Kia Nichele Williams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Nichele Williams, 519 E 11th St, Northampton, PA 18067-1742 |
| cr | + | Jacqueline Larkin Citadel Federal Credit Union, Citadel Federal Credit Union, 520 Eagleview Boulevard, EXTON, PA 19341, UNITED STATES 19341-1119 |
| 14919995 | + | CITADEL FEDERAL CREDIT UNION, c/o MARY JACQUELINE LARKIN, Vaughan Baio, 100 N. 18th Street, # 700, Philadelphia, PA 19103-2765 |
| 14873288 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14865859 | + | PennyMac Loan Services, LLC, c/o Michael Farrington, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14861575 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd, Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 02 2024 00:38:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2024 00:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14860131 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 00:58:11 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14860132 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 02 2024 01:16:27 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 14861842 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:59:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14876568 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:58:04 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14864981 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 01:16:31 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14864509 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 02 2024 00:58:30 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14860133 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2024 00:39:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14862095 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2024 00:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14860134 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 02 2024 00:39:00 | Citadel FCU, 40 N Bailey Road, Thorndale, PA 19372-1026 |
| 14860136 | | Email/Text: BKPT@cfna.com | Nov 02 2024 00:38:00 | Crdt First, 6275 Eastland Road, Brookpark, OH |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14860137 | + | Email/Text: dht@pacollections.com | Nov 02 2024 00:38:00 | Demetrios H. Tsarouhis, Esquire, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14860139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2024 00:38:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14860138 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 02 2024 00:58:56 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14874619 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2024 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14860140 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2024 00:38:00 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14860141 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:58:36 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14863124 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:59:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14860144 | | Email/Text: ml-ebn@missionlane.com | Nov 02 2024 00:38:00 | Mission Lane Tab Bank, 101 2nd Street Suite 350, San Francisco, CA 94105 |
| 14860142 | ^ | MEBN | Nov 02 2024 00:13:44 | Mariner Finance LLC, 5802 E Virginia Beach BLVD, Norfolk, VA 23502-2483 |
| 14882185 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 02 2024 00:38:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14860143 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2024 00:39:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14874981 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2024 00:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14874640 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2024 00:39:00 | Nordstom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14860145 | + | Email/Text: bnc@nordstrom.com | Nov 02 2024 00:38:58 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14860146 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2024 00:58:16 | Ollo/Ally, 1511 Friendship Road, Jefferson City, MO 65101-8703 |
| 14860148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:58:57 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14879574 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2024 00:58:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14860577 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14873492 | + | Email/PDF: ebnotices@pnmac.com | Nov 02 2024 00:58:31 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14860147 | + | Email/PDF: ebnotices@pnmac.com | Nov 02 2024 00:59:04 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 14870744 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14880968 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14877061 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14860150 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 00:58:59 | SYNCB/Care Credit, PO Box 965036, Orlando, 44142-1399 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5036 |
| 14860149 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 02 2024 01:15:51 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14880988 | | Email/Text: bncmail@w-legal.com | Nov 02 2024 00:38:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14860151 | + | Email/Text: bncmail@w-legal.com | Nov 02 2024 00:38:00 | TD Bank/Target Credit, 7000 Target Parkway N, Mail Stop NCD-045, Brooklyn Park, MN 55445-4301 |
| 14861261 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 02 2024 01:15:51 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14860135 | | Email/Text: dispute@velocityrecoveries.com | Nov 02 2024 00:38:00 | CKS Prime Investments LLC, 1800 Route 34 N Building 3 - Ste 305, Belmar, NJ 07719 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861852 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14874991 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14880505 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Kia Nichele Williams claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Jacqueline Larkin Citadel Federal Credit Union mjlarkin@vaughanmclean.com gkerns@vaughanmclean.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 47 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Kia Nichele Williams<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-10681-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 1, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE